**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | No. 17-51160 |
| Rossman, Robert | ) | Chapter 7 |
| Debtor | ) | January 2, 2018 |

**NOTICE OF CONTESTED MATTER RESPONSE DATE**

Creditors Guardian Alarm Services, Inc. has filed a Motion to Extend Time to file an Objection to Discharge and/or Nondischargeability Complaint (the "Contested Matter") with the U.S. Bankruptcy Court. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than <u>January 16, 2018</u>. In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see*, 11 U.S.C. § 102(1).

**GUARDIAN ALARM SERVICES, INC.**

_____/s/_____
Scott M. Charmoy, Esq.    CT15889
Charmoy & Charmoy
1700 Post Road, Suite C-9
Fairfield, CT  06824
(203) 255-8100
scottcharmoy@charmoy.com

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | No. 17-51160 |
| Rossman, Robert | ) | Chapter 7 |
| Debtor | ) | January 2, 2018 |

**MOTION TO EXTEND TIME TO FILE OBJECTION TO DISCHARGE AND/OR NONDISCHARGEABILITY COMPLAINT**

Creditor Guardian Alarm Services, Inc. ("Movant") hereby respectfully moves to extend the time to file an objection to discharge under §727(a) and/or a nondischargeability complaint pursuant to §523(a) to April 30, 2018 as follows:

1.  Debtor filed the instant case on September 22, 2017. The deadline to file an objection to discharge and/or nondischargeability complaint is January 2, 2018.

2.  Movant holds a judgment against Debtor in the amount of approximately $192,438.50, entering in the case of Rossman vs. Patricia Morasco, et al, No. X08-CV01-0183603-S, on July 26, 2005. Said judgment was based on claims for tortious interference of contract, unjust enrichment, and violations of the Connecticut Unfair Trade Practices Act, and included punitive damages and attorneys fees.

3.  Debtor listed Movant at an incorrect address that it has not used for approximately 15 years. Movant accordingly did not receive timely notice of the commencement of the case, and only discovered the existence of this case on or about December of 2017 through their former attorney for the above referenced state court action.

4.  Movant wishes more time to investigate Debtor's affairs, including potentially conducting a 2004 examination of the Debtor, as well as to consider whether to file an objection to Debtor's discharge or a nondischargeability proceeding under §523(a).

**WHEREFORE**, Movant respectfully moves to extend the bar date to file an objection to discharge under §727(a) and/or nondischargeability complaint under §523(a) to April 30, 2018, and for any other relief deemed just and equitable.

                                      **GUARDIAN ALARM SERVICES, INC.**
                                      **AND PATRICIA MORASCO**

                                        _____/s/_____
                                        Scott M. Charmoy, Esq.   CT15889
                                        Charmoy & Charmoy
                                        1700 Post Road, Suite C-9
                                        Fairfield, CT  06824
                                        (203) 255-8100
                                        scottcharmoy@charmoy.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | No. 17-51160 |
| Rossman, Robert | ) | Chapter 7 |
| Debtor | ) | |

### ORDER

The foregoing Motion to Extend the Deadline to file an Objection to Discharge and/or Nondischargeability Complaint, having been presented to this Court, is hereby **GRANTED**, and it is further **ORDERED**, that Creditor Guardian Alarm Services, Inc.'s deadline to file an objection to discharge under §727(a) and/or nondischargeability complaint under §523(a) is hereby extended to April 30, 2018.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | No. 17-51160 |
| Rossman, Robert | ) | Chapter 7 |
| Debtor | ) | January 2, 2018 |

**CERTIFICATION**

This is to certify that on the above date a copy of the Notice of Contested Matter Response Date, Motion to Extend Time to file an Objection to Discharge and/or Nondischargeability Complaint, and Proposed Order were served by first class mail, postage prepaid, upon the creditor body and parties entitled to notice as set forth below. Parties with electronic appearances, including the United States Trustee's Office, were served pursuant to the Court's ECF/CM system.

**GUARDIAN ALARM SERVICES, INC.**

_____/s/_____
Scott M. Charmoy, Esq.   CT15889
Charmoy & Charmoy
1700 Post Road, Suite C-9
Fairfield, CT  06824
(203) 255-8100
scottcharmoy@charmoy.com

## LIST OF CREDITORS

Chase Auto Finance
Attn: Pres., Gen. Mgr. or Account Rep.
P.O. Box 78068
Phoenix, AZ 85062-8068

Daniel J. Mahaney, Esq.
21 West Main Street
6th Floor
Waterbury, CT 06702

Fairway Asset Management
Attn: Pres., Gen. Mgr. or Account Rep.
52 Deer Hill Avenue
Danbury, CT 06810

Green & Gross, P.C.
Attn: Pres., Gen. Mgr. or Account Rep.
1087 Broad St.
Suite 401
Bridgeport, CT 06604

Union Savings Mortgage Corp
Attn: Pres., Gen. Mgr. or Account Rep.
P.O. Box 526
Danbury, CT 06813-0526

## PARTIES WHO RECEIVE ELECTRONIC NOTICE AND DEBTORS

Office of The United States Trustee
150 Court St.
Room 302
New Haven, CT 06510

James M. Nugent
Harlow, Adams, and Friedman
One New Haven Ave.
Suite 100
Milford, CT 06460
(203) 878-0661
jmn@quidproquo.com
Attorney for the Debtor

Richard M. Coan
Chapter 7 Trustee
Coan Lewendon et al
495 Orange Street
New Haven, CT 06511
(203)-624-4756